IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ARTHUR DICKERSON                                                                               PETITIONER
ADC #131508

V.                                          5:11cv00273 BSM-JTR

RAY HOBBS, Director,                                                                          RESPONDENT
Arkansas Department of Correction

### ORDER

Respondent has filed a Motion for Extension of Time in Which to File a Responsive Pleading (docket entry #10). The Motion is **granted**. Respondent is directed to file a responsive pleading on or before January 20, 2012.

DATED this 27th day of December, 2011.

_____
UNITED STATES MAGISTRATE JUDGE