IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ARTHUR DICKERSON                                                                PETITIONER
ADC #131508

V.                                    5:11cv00273 BSM-JTR

RAY HOBBS, Director,                                                            RESPONDENT
Arkansas Department of Correction

ORDER

Respondent has filed a Response (docket entry #12) arguing that Petitioner's 28 U.S.C. § 2254 habeas claims are barred by the one-year statute of limitations, are procedurally defaulted due to Petitioner's failure to properly raise them in state court, or were reasonably adjudicated by the state courts.  A Reply to the Response would be helpful to resolution of this action.

IT IS THEREFORE ORDERED THAT Petitioner is directed to file, **on or before February 23, 2012,** a Reply addressing the arguments for dismissal raised in the Response.

DATED this 23rd day of January, 2012.

_____
UNITED STATES MAGISTRATE JUDGE