IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ARTHUR DICKERSON                                                                    PETITIONER
ADC #131508

V.                              NO.5:11cv00273 KGB-JTR

RAY HOBBS, Director,                                                                RESPONDENT
Arkansas Department of Correction

### ORDER

Respondent has filed a Response (docket entry #12) arguing that Petitioner's 28 U.S.C. § 2254 habeas claims are barred by the one-year statute of limitations, are procedurally defaulted due to Petitioner's failure to properly raise them in state court, or were reasonably adjudicated by the state courts. By previous Order (docket entry #13), the Court directed Petitioner to file a Reply addressing the arguments for dismissal. The Court has learned that this Order was never mailed to Petitioner.

IT IS THEREFORE ORDERED THAT Petitioner is directed to file, **on or before June 11, 2012,** a Reply addressing the arguments for dismissal raised in the Response.

DATED this 24th day of May, 2012.

_____
UNITED STATES MAGISTRATE JUDGE