## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

**ARTHUR DICKERSON**                                        **PETITIONER**
**ADC #131508**

**V.**                              **No. 5:11-cv-00273 KGB**

**RAY HOBBS, Director,**                                    **RESPONDENT**
**Arkansas Department of Correction**

### ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by

United States Magistrate Judge J. Thomas Ray and the filed objections.  After carefully considering

these documents and making a *de novo* review of the record in this case, the Court concludes that

the Proposed Findings and Recommended Disposition should be, and hereby are, approved and

adopted in their entirety as this Court's findings in all respects.  Judgment will be entered

accordingly.

IT IS THEREFORE ORDERED THAT this Petition for a Writ of Habeas Corpus under 28

U.S.C. § 2254 (Dkt. No. 2) is denied, and this case is dismissed with prejudice.  IT IS FURTHER

ORDERED THAT a Certificate of Appealability is denied pursuant to Rule 11(a) of the Rules

Governing Section 2254 Cases in the United States District Courts.

SO ORDERED this **24** day of September, 2012.

*Kristine G. Baker*

Kristine G. Baker
United States District Judge