IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ARTHUR DICKERSON                                                              PETITIONER
ADC #131508

V.                                      No. 5:11-cv-00273 KGB

RAY HOBBS, Director,                                                          RESPONDENT
Arkansas Department of Correction

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this 28 U.S.C. § 2254 action is dismissed, with prejudice.

SO ORDERED this 24 day of September, 2012.

_Kristine G. Baker_
Kristine G. Baker
United States District Judge